MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

2:06cv1028-LES

| United States District Court | Middle | District of Alabama | |
|---|---|---|---|
| Name (under which you were convicted):<br>JOSEPH KENNEDY | | | Docket or Case No.:<br>2:01-cr-172-000-S |
| Place of Confinement:<br>FCC YAZOO CITY MEDIUM | | Prisoner No.:<br>10956-002 | |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) | |
| v. | JOSEPH KENNEDY | | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
   OF ALABAMA, NORTHERN DIVISION

   (b) Criminal docket or case number (if you know): 2:01-cr-172-001-S

2. (a) Date of the judgment of conviction (if you know): July 26, 2005

   (b) Date of sentencing: July 13, 2005

3. Length of sentence: 240 months

4. Nature of crime (all counts): _____
   TITLE 21 U.S.C. §§ 841(a)(1) and 846

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐         (2) Guilty ☒         (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)         Jury ☐         Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9.  If you did appeal, answer the following:

    (a) Name of court: _____N/A_____

    (b) Docket or case number (if you know): _____N/A_____

    (c) Result: _____N/A_____

    (d) Date of result (if you know): _____N/A_____

    (e) Citation to the case (if you know): _____N/A_____

    (f) Grounds raised: _____N/A_____

    _____

    _____

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know): _N/A_____

        (2) Result: _____N/A_____

        _____

        (3) Date of result (if you know): _____N/A_____

        (4) Citation to the case (if you know): _____N/A_____

        (5) Grounds raised: _____N/A_____

        _____

        _____

        _____

        _____

        _____

        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

        Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____N/A_____

        (2) Docket or case number (if you know): _N/A_____

        (3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ❑

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ❑

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ❑    No ❑

(2) Second petition:    Yes ❑    No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

GROUND ONE:  <u>EQUITABLE TOLLING OF THE STATUTE OF LIMITATIONS</u>

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
  <u>Extraordinary circumstances beyond the Petitioner's control</u>
  <u>or conduct as described in the attached Memorandum In Support</u>
  <u>require the equitable tolling of the statute of limitations.</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: _____

  <u>Ineffective assistance of counsel</u>_____

  _____

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☒

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____
_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____
_____
_____
_____
_____
_____

GROUND TWO: __THE SENTENCE IMPOSED VIOLATED THE PETITIONER'S__
__FIFTH AND SIXTH AMENDMENT RIGHTS__

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
__The Petitioner received a sentence based upon extra-verdict__
__enhancements not charged in the indictment, presented by the__
__Government, nor admitted by the Petitioner.  See attached__
__Memorandum In Support.__
_____
_____
_____
_____

_____

_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

        <u>Ineffective assistance of counsel</u> _____

    _____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑    No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____N/A_____

    Name and location of the court where the motion or petition was filed: _____

    _____N/A_____

    Docket or case number (if you know): _____N/A_____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑    No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑    No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑    No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____N/A_____

    Docket or case number (if you know): _____N/A_____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND THREE:  CORRECTION OF ERROR IN THE JUDGMENT PURSUANT TO RULE 36 OF THE F.R.Crim.P.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

The Petitioner successfully argued at the sentencing hearing for rulings for the inappropriate application of U.S.S.G. §2D1.1(b)(1) and also the appropriate awarding of a reduction under §3E1.1(a) and (b).  This Court also granted a motion by the United States (docket entry #415) for a downward departure, and the Judgment entered in this case inadvertently does not reflect these rulings.

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____ Ineffective assistance of counsel _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ James W. Parkman III _____

___ 739 West Main Street,   Dothan, AL 36301 _____

(b) At arraignment and plea: __ Same _____

(c) At trial: _____ N/A _____

(d) At sentencing: _____ Same _____

(e) On appeal: _____ N/A _____

_____

(f) In any post-conviction proceeding: _____ N/A _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____ N/A _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❑ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☒ No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

(b) Give the date the other sentence was imposed: March 13, 2006

(c) Give the length of the other sentence: 37 months

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ❑ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
    must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
    bar your motion.*  The Petitioner has entered a request for tolling
    the statute of limitations pursuant to the equitable tolling
    doctrine as a result of extraordinary circumstances beyond
    the Petitioner's control or conduct.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period
    shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
        violation of the Constitution or laws of the United States is removed, if the movant was
        prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
        that right has been newly recognized by the Supreme Court and made retroactively
        applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
        discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: _____

Grant the requests for a tolling of the statute of limitations
and adjudicate the Petitioner's § 2255 Motion on the merits and

or any other relief to which movant may be entitled. correct the Judgment pursuant to
Rule 36 of F.R.Crin.P.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _NOVEMBER_
_13ᵗʰ  2006_ (month, date, year).

Executed (signed) on _NOVEMBER 13, 2006_ (date).

_____
Signature of Movant
JOSEPH KENNEDY

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *

Dbt f !3;12. ds. 11283. MFT. TSX !!!!!Epdvn f ou536!!!!!Gjrhe!18!3708116!!!!!Qbhf !2!pg7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

UNITED STATES OF AMERICA

V.

**JOSEPH KENNEDY**

## JUDGMENT IN A CRIMINAL CASE

Case Number:    2:01cr172-001-S

USM Number:    10956-002

James W. Parkman, III
Defendant's Attorney

## THE DEFENDANT:

**X** pleaded guilty to count(s)    1 of the indictment on 10/18/04

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Possess with Intent to Distribute Marijuana | 10/4/01 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

**X** Count(s)    2    **X** is    ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 13, 2005
Date of Imposition of Judgment

Signature of Judge

LYLE E. STROM, SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

Date    7/26/05

Dbt f !3;12. ds. 11283 .MFT. TSX !!!!!Epdvn f ou536!!!!!Gjmfe!18.13703116!!!!!Qbhf !3!pg7

AO 245B    (Rev. 12/03) Judgment in Criminal Case
           Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT:      JOSEPH KENNEDY | Judgment — Page __2__ of __6__ |
| CASE NUMBER:    2:01CR172-001-S | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

240 months.  This sentence is imposed at 240 months in accordance with the plea agreement filed in accordance with Rule 11(c)(1)C, Federal Rules of Criminal Procedure along with the statutory requirements in accordance with 21 U.S.C.841(b)(1)(A).

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X  before 2 p.m. on ____October 13, 2005_____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

Dbt f !3;12.ds.11283.MFT.TSX !!!!!Epdvn f ou536!!!!!Gjmfe!180308116!!!!!Qbhf !4!pg7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

| | Judgment—Page __3__ of __6__ |
|---|---|

DEFENDANT:        JOSEPH KENNEDY
CASE NUMBER:    2:01cr172-001-S

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**five (5) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

DEFENDANT:   JOSEPH KENNEDY
CASE NUMBER:   2:01cr172-001-S

Judgment—Page    4    of    6

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in drug testing and/or treatment if directed by the probation officer.  Defendant shall contribute to the cost of any treatment based on ability to pay and availability of third party payments.

Defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.

Dbtf !3;12.ds 11283.MFT.TSX !!!!!Epdvn f ou536!!!!!Gjmfe!1803703116!!!!!Qbhf !6!pg7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
·              Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page 5 of 6 |
|---|---|

DEFENDANT:        JOSEPH KENNEDY
CASE NUMBER:      2:01cr172-001-S

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ -0- | $ -0- |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Dbtf l3:12 ds 11283 MFT.TSX !!!!!Epdvn f ou536!!!!!Gjrhe!18Œ87Œ3116!!!!!Qbhf !7!pg7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
. . .    Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:        JOSEPH KENNEDY
CASE NUMBER:     2:01CR172-001-S

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ ___100.00___  due immediately, balance due

    ☐  not later than _____ , or
    X  in accordance      ☐ C,  ☐ D,  ☐  E, or  X  F below; or

**B**  ☐  Payment to begin immediately (may be combined with      ☐ C,      ☐ D, or      ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:

    Payment shall be made to the Clerk, U.S. District Court, P.O. Box 711, Montgomery, AL 36101.

    Defendant shall pay the Special Assessment to the Court by 7/14/2005.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

27BE, EL

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:01-cr-00172-LES-SRW-1
## Internal Use Only

Case title: USA v. Kennedy, et al

Magistrate judge case number: 2:01-mj-00100

Date Filed: 11/07/2001

Assigned to: Honorable Lyle E. Strom

Referred to: Honorable Susan Russ Walker

### Defendant

**Joseph Kennedy** (1)
*TERMINATED: 07/26/2005*

represented by **James W. Parkman, III**
Parkman & Associates
739 West Main Street
Dothan, AL 36301
334-792-1900
Fax: 712-1352
Email: parkman@graceba.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:846 CONSP:DISTB/POSSESS TO
DISTB MARIJ - NMT $4,000,000 [*] ;
NLT 10Y, NMT LIFE; B; NLT 5Y SUP
REL; VWPA; G-LNS; $100 SA
(1)

### Disposition

240 Mos Imp; 5 Yrs Sup Rel; $100 SA

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:841(a)(1) - ATTEMPT TO POSS
TO DISTB MARIJ - NMT $4,000,000
[*]; NLT 10Y, NMT LIFE; B; NLT 5Y
SUP REL; VWPA, G-LNS; $100 SA
(2)

### Disposition

Dismissed by Motion of the
Government

**Highest Offense Level (Terminated)**

Felony


**Complaints**                                    **Disposition**

None

---

**Plaintiff**

**United States of America**                 represented by **Leura Garrett Canary**
                                                            U.S. Attorney's Office
                                                            PO Box 197
                                                            Montgomery, AL 36101-0197
                                                            334-223-7280
                                                            Fax: 223-7560
                                                            Email: leura.canary@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Terry F. Moorer**
                                                            U.S. Attorney's Office
                                                            PO Box 197
                                                            Montgomery, AL 36101-0197
                                                            334-223-7280
                                                            Fax: 223-7560
                                                            Email: terry.moorer@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John T. Harmon**
                                                            U.S. Attorneys Office
                                                            PO Box 197
                                                            Montgomery, AL 36101-0197
                                                            334-223-7280
                                                            Fax: 334-223-7560
                                                            Email: john.harmon@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Tommie Brown Hardwick**
                                                            U.S. Attorney's Office
                                                            PO Box 197
                                                            Montgomery, AL 36101-0197
                                                            334-223-7280
                                                            Fax: 334-223-7135
                                                            Email: tommie.hardwick@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2001 | 1 | COMPLAINT as to Joseph Kennedy, Christopher L. Arrighi, Leon Kennedy, Ricky W. Harrington [ 2:01-m -100 ] (ws) (Entered: 10/05/2001) |
| 10/05/2001 | 2 | Arrest WARRANT issued as to Joseph Kennedy [ 2:01-m -100 ] (ws) (Entered: 10/05/2001) |
| 10/05/2001 | | **Added party US Marshals Service, Montgomery U.S. Probation, U.S. Pretrial [ 2:01-m -100 ] (ws) (Entered: 10/05/2001) |
| 10/05/2001 | | CASE reassigned to Mag. Judge Charles S. Coody [ 2:01-m -100 ] (dkt clerk) (Entered: 10/05/2001) |
| 10/05/2001 | | **Added Government Attorney Terry F. Moorer as to Joseph Kennedy, Christopher L. Arrighi, Leon Kennedy, Ricky W. Harrington [ 2:01-m -100 ] (dkt clerk) (Entered: 10/09/2001) |
| 10/11/2001 | | Detention hearing as to Joseph Kennedy, Christopher L. Arrighi, Leon Kennedy, Ricky W. Harrington held before Mag. Judge Charles S. Coody on 10/11/01 [ 2:01-m -100 ] (dkt clerk) (Entered: 10/12/2001) |
| 10/11/2001 | | **Added party Joseph Kennedy, c/o Montgomery City Jail [ 2:01-m -100 ] (dkt clerk) (Entered: 10/12/2001) |
| 10/11/2001 | 22 | Courtroom Deputy's Minutes as to Joseph Kennedy: Re: Initial Appearence and Detention Hearing. Tapes 3001S &3002S [ 2:01-m -100 ] (dkt clerk) Modified on 10/12/2001 (Entered: 10/12/2001) |
| 10/11/2001 | 30 | ORDER as to Joseph Kennedy that the defendant is committed to the custody of the Attorney General or his disignated representative for confinemen in a corrections facilty pending furher proceedings in this court. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA, USM, USPO, USPTS [ 2:01-m -100 ] (dkt clerk) (Entered: 10/15/2001) |
| 10/11/2001 | | Initial appearance as to Joseph Kennedy held before Mag. Judge Charles S. Coody on 10/11/01 (Defendant informed of rights.) [ 2:01-m -100 ] (dkt clerk) (Entered: 11/15/2001) |
| 10/11/2001 | | **Procedural Interval start P1 as to Joseph Kennedy (1) count(s) cmp [ 2:01-m -100 ] (dkt clerk) (Entered: 11/15/2001) |
| 10/11/2001 | | **Location LC as to Joseph Kennedy (snc) (Entered: 11/16/2001) |
| 10/12/2001 | 26 | ORDER as to Joseph Kennedy, Christopher L. Arrighi, Leon Kennedy, Ricky W. Harrington that the court finds probable cause that a crime has been committed and that the defendants committed it; further ORDERED that the defendants be held to answer the charges against them in this court. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: FDP, USA, USM, USPO, USPTS [ 2:01-m |

| | | |
|---|---|---|
| | | -100 ] (dkt clerk) (Entered: 10/12/2001) |
| 10/12/2001 | | **Added for Joseph Kennedy Attorney James W. Parkman III [ 2:01-m -100 ] (dkt clerk) (Entered: 10/12/2001) |
| 10/12/2001 | 30 | Arrest WARRANT Returned Executed as to Joseph Kennedy on 10/11/01 [ 2:01-m -100 ] (dkt clerk) (Entered: 10/15/2001) |
| 10/16/2001 | 31 | NOTICE of Appearance for Joseph Kennedy by Attorney James W. Parkman, III [ 2:01-m -100 ] (sql) (Entered: 10/16/2001) |
| 10/17/2001 | | ** Renoticed document [27-2] order [ 2:01-m -100 ] (dkt clerk) (Entered: 10/17/2001) |
| 11/07/2001 | | Defendants' sequence numbers in indictment does not agree with complaint as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, and Christopher L. Arrighi. [ 2:01-m -100 ] (dkt clerk) (Entered: 11/15/2001) |
| 11/07/2001 | 36 | INDICTMENT as to Joseph Kennedy (1) count(s) 1, 2, Leon Kennedy (2) count(s) 1, 2, Ricky W. Harrington (3) count(s) 1, 2, Sharmane J. Robinson (4) count(s) 1, 2, Christopher L. Arrighi (5) count(s) 1, 3 (Preliminary Examination cancelled.) (dkt clerk) (Entered: 11/15/2001) |
| 11/07/2001 | | **Added Government Attorney Terry F. Moorer as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (dkt clerk) (Entered: 11/15/2001) |
| 11/07/2001 | | **Added party Joseph Kennedy, Montgomery City Jail, P.O. Box 159, Montgomery, AL 36104 (dkt clerk) (Entered: 11/15/2001) |
| 11/07/2001 | | (dkt clerk) (Entered: 11/28/2001) |
| 11/07/2001 | | **Added party Leon Kennedy. Montgomery City Jail. (dkt clerk) (Entered: 01/03/2002) |
| 11/08/2001 | | Merged with 01-172-N. Defendants indicted 11/7/01. [ 2:01-m -100 ] (dkt clerk) (Entered: 11/08/2001) |
| 11/08/2001 | | Magistrate Judge Susan Russ Walker assigned to case for discovery matters as well as matters subsequently referred by District Judge . (dkt clerk) (Entered: 11/15/2001) |
| 11/08/2001 | 38 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington DIRECTING the U.S. Marshal to produce the defendants for arraignment at 10:00 a.m. on 11/20/01. ( Signed by Mag. Judge Susan R. Walker ) , Copies furnished to: USA, USM, USPO, USPTS, YG, HC (dkt clerk) (Entered: 11/15/2001) |
| 11/08/2001 | | ARRAIGNMENT as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Christopher L. Arrighi set for 10:00 11/20/01 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Christopher L. Arrighi at Fifth Floor Courtroom before Mag. Judge Susan R. Walker (dkt clerk) (Entered: 11/15/2001) |

| 11/16/2001 | 42 | ARRAIGNMENT NOTICE as to Joseph Kennedy; Arraignment at 10:00 11/20/01 at Fifth Floor Courtroom before Mag. Judge Susan R. Walker; ARRAIGNMENT Notice to defendant, counsel, USA, USM, USPO, USPTSO (snc) (Entered: 11/16/2001) |
|---|---|---|
| 11/20/2001 | | ARRAIGNMENT as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Christopher L. Arrighi held before Mag. Judge Susan R. Walker on 11/20/01 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of not guilty. (jct) (Entered: 11/20/2001) |
| 11/20/2001 | | PLEA of Not Guilty: Joseph Kennedy (1) count(s) 1, 2, Leon Kennedy (2) count(s) 1, 2, Ricky W. Harrington (3) count(s) 1, 2, Christopher L. Arrighi (5) count(s) 1, 3 ; Court accepts plea. (jct) (Entered: 11/20/2001) |
| 11/20/2001 | 46 | Courtroom Deputy's Minutes as to Joseph Kennedy : Arraignment (Tape #5004W) (jct) (Entered: 11/20/2001) |
| 11/27/2001 | | NOTICE to retained criminal defense attorney handed to counsel. (sql) (Entered: 11/28/2001) |
| 12/06/2001 | 58 | ORDER as to Joseph Kennedy, Sharmane J. Robinson Setting Rule 44(c) Hearing for 2:00 12/17/01 for Joseph Kennedy, for Sharmane J. Robinson at Third Floor Courtroom before Mag. Judge Susan R. Walker at U.S. Courthouse ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel & Defendant, Copies furnished to: USA, USM, USPO, USPTS, SC, JT, HC, YG (ws) (Entered: 12/06/2001) |
| 12/06/2001 | | Deadline updated as to Joseph Kennedy, setting Pretrial Conference for 4:00 12/18/01 before Mag. Judge Susan R. Walker In Chambers , setting Jury Selection for 10:00 1/14/02 , and setting Jury Trial on 10:00 1/14/02 , setting Motion Filing deadline to for 12/14/01 for Joseph Kennedy (snc) (Entered: 12/07/2001) |
| 12/12/2001 | 68 | Ex Parte NOTICE of Conflict of Interest by USA as to Joseph Kennedy, Sharmane J. Robinson (motion to seal incorporated). Referred to Magistrate Judge Walker SEALED PER 12/21/01 ORDER (snc) Modified on 12/21/2001 (Entered: 12/12/2001) |
| 12/12/2001 | 68 | MOTION (incorporated in motion) by USA as to Joseph Kennedy, Sharmane J. Robinson to Seal Notice [68-1] referred to Mag. Judge Susan R. Walker (snc) Modified on 12/21/2001 (Entered: 12/12/2001) |
| 12/14/2001 | 70 | Multiple Representation WAIVER by Joseph Kennedy. Referred to Mag Judge Walker (snc) (Entered: 12/14/2001) |
| 12/17/2001 | | **Terminated deadlines as to Joseph Kennedy, Sharmane J. Robinson (jct) (Entered: 12/17/2001) |
| 12/17/2001 | 73 | Courtroom Deputy's Minutes as to Joseph Kennedy : Rule 44 Hearing not held. Counsel will represent defendant Kennedy. (Tape #5005W) (jct) Modified on 12/17/2001 (Entered: 12/17/2001) |

| 12/21/2001 | 78 | ORDER as to Joseph Kennedy, Sharmane J. Robinson granting [68-1] motion to Seal Notice as to Joseph Kennedy (1), Sharmane J. Robinson (4) ( Signed by Mag. Judge Susan R. Walker ) , Copies furnished to: usa (snc) (Entered: 12/21/2001) |
|---|---|---|
| 12/21/2001 | 79 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi granting [75-1] motion to Continue Trial as to Ricky W. Harrington (3) Continuing trial in Interests of Justice Time Excluded from 12/21/01 to 2/20/02 , resetting Jury Trial on 2/20/02 , resetting Pretrial Conference for 4:30 1/23/02 , resetting Motion Filing deadline for 1/7/02 , and Response to Motion due 1/11/02 ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: dft, Copies furnished to: counsel, USA, USM, USPO, USPTS, RL, YG, HC (snc) (Entered: 12/21/2001) |
| 12/21/2001 | | (snc) (Entered: 12/21/2001) |
| 12/21/2001 | | **Terminated jury selection deadlines as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (snc) (Entered: 01/02/2002) |
| 12/28/2001 | 81 | Pro Se MOTION by Joseph Kennedy for detention Hearing [81-1] referred to Mag. Judge Susan R. Walker (dkt clerk) (Entered: 01/03/2002) |
| 01/03/2002 | 82 | ORDER as to Joseph Kennedy denying [81-1] pro se motion for detention Hearing as to Joseph Kennedy (1) ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: counsel, defendant, Copies furnished to: USA (dkt clerk) (Entered: 01/03/2002) |
| 01/07/2002 | 84 | MOTION by Joseph Kennedy for Bond [84-1] referred to Mag. Judge Susan R. Walker (dkt clerk) (Entered: 01/07/2002) |
| 01/07/2002 | | Motion(s) referred to Mag. Judge Charles S. Coody as to Joseph Kennedy : [84-1] motion for Bond (dkt clerk) (Entered: 01/07/2002) |
| 01/11/2002 | 85 | RESPONSE by USA as to Joseph Kennedy re [84-1] motion for Bond referred to Mag. Judge Charles S. Coody (ws) (Entered: 01/11/2002) |
| 01/11/2002 | 86 | ORDER as to Joseph Kennedy set Bond Hearing for for 9:00 1/15/02 for Joseph Kennedy at Third Floor Courtroom before Mag. Judge Charles S. Coody; if the defendant is in custody and desires to be present, counsel for the defendant shall so notify not later than 3 days prior to the proceeding the U.S. Marshal or the person having custody of the defendant who shall produce the defendant for the hearing. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished USA,PO,PTSO,USM,HC,YG,CA (dkt clerk) (Entered: 01/11/2002) |
| 01/15/2002 | | Deadline updated as to Joseph Kennedy, reset Bond Hearing for for 11:00 1/23/02 for Joseph Kennedy at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 01/15/2002) |

| 01/15/2002 | 89 | ORDER as to Joseph Kennedy reset Bond Hearing for for 10:00 1/23/02 for Joseph Kennedy at Room 330 Courtroom before Mag. Judge Charles S. Coody ( Signed by Mag. Judge Charles S. Coody ) , Copies furnished to: counsel, usa, ptso, uspo, usm (sql) (Entered: 01/15/2002) |
|---|---|---|
| 01/15/2002 | 90 | RESPONSE by USA as to Joseph Kennedy re [84-1] motion for Bond referred to Mag. Judge Charles S. Coody (sql) (Entered: 01/15/2002) |
| 01/16/2002 | | Pre-trial conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi set for 4:30 1/23/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson, for Christopher L. Arrighi at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 01/16/2002) |
| 01/16/2002 | | Deadline updated as to Joseph Kennedy, reset Bond Hearing for for 10:00 1/23/02 for Joseph Kennedy at Third Floor Courtroom before Mag. Judge Charles S. Coody (dkt clerk) (Entered: 01/16/2002) |
| 01/23/2002 | | Motion hearing held as to Joseph Kennedy re: [84-1] motion for Bond before Magistrate Judge Coody. (dkt clerk) (Entered: 01/23/2002) |
| 01/23/2002 | 93 | Courtroom Deputy's Minutes as to Joseph Kennedy: Re: Hearing on motion for reconsidration of bond. Tape 3006S (dkt clerk) (Entered: 01/23/2002) |
| 01/23/2002 | 96 | ORDER as to Joseph Kennedy denying [84-1] motion for Bond as to Joseph Kennedy (1) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel & Defendant, Copies furnished to: USA, USM, USPO, USPTS, RL, CA (ws) (Entered: 01/23/2002) |
| 01/23/2002 | | TRANSCRIPT of 10/11/01 Detention and Preliminary hearing filed in case as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Christopher L. Arrighi - Risa L. Entrekin, Court Reporter (ws) (Entered: 01/23/2002) |
| 01/23/2002 | | Pre-trial conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi held before Mag. Judge Susan R. Walker on 1/23/02 (jct) (Entered: 01/24/2002) |
| 01/23/2002 | 97 | Courtroom Deputy's Minutes as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi : Pretrial Conference (Tape #5007W) (jct) (Entered: 01/24/2002) |
| 01/25/2002 | | CASE assigned to Judge Lyle E. Strom (sql) (Entered: 01/28/2002) |
| 01/25/2002 | | ** District Judge Ira DeMent has assigned case to Visiting Judge Lyle E. Strom . (dkt clerk) (Entered: 01/28/2002) |
| 01/25/2002 | 103 | ORDER as to Joseph Kennedy set Jury Selection for for 10:00 2/20/02 for Joseph Kennedy at U.S. Courthouse before Judge Lyle E. Strom in U.S. Courthouse , set voir dire questions due on 2/13/02 for Joseph Kennedy , set proposed jury instructions due on 2/13/02 for Joseph Kennedy ( Signed |

| | | |
|---|---|---|
| | | by Mag. Judge Susan R. Walker ) , Copies furnished to: counsel, usa, ptso, uspo, usm (sql) (Entered: 01/28/2002) |
| 02/04/2002 | | Deadline updated as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi, set Jury Trial on 10:00 2/20/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson, for Christopher L. Arrighi before Judge Lyle E. Strom in First Floor Courtroom (dkt clerk) (Entered: 02/04/2002) |
| 02/05/2002 | 115 | WAIVER of Speedy Trial by Joseph Kennedy. Referred to Judge DeMent. (dkt clerk) (Entered: 02/05/2002) |
| 02/07/2002 | | *Renoticed document [120-1] report and recommendations Barcode Label did not print (ws) (Entered: 02/07/2002) |
| 02/11/2002 | 123 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [110-1] motion to Continue Trial with Waiver of Speedy Trial attached as to Sharmane J. Robinson (4) reset Jury Selection for for 10:00 4/15/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson at U.S. Courthouse before Judge W. H. Albritton III in U.S. Courthouse , reset Jury Trial on 10:00 4/15/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson before Judge Ira De Ment in U.S. Courthouse , to Continue in Interests of Justice Time Excluded from 2/11/02 to 4/15/02 ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, defendants, Copies furnished to: USA,PO,PTSO,USM,HC,YG,WR (dkt clerk) (Entered: 02/11/2002) |
| 02/11/2002 | | CASE reassigned to Judge Ira De Ment (dkt clerk) (Entered: 02/11/2002) |
| 02/25/2002 | 126 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi Setting Pretrial Conference for 4:00 p.m. on 3/7/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson, for Christopher L. Arrighi In Chambers before Mag. Judge Susan R. Walker at U.S. Courthouse; directing the Clerk of the Court to notify counsel by facsimile ( Signed by Mag. Judge Susan R. Walker ) mailed to: Counsel & Defendants, Copies furnished to: USA, USM, USPO, USPTS, RL, JT, MD, YG (ws) (Entered: 02/25/2002) |
| 03/07/2002 | | Pre-trial conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Mag. Judge Susan R. Walker on 3/7/02 (jct) (Entered: 03/07/2002) |
| 03/07/2002 | 137 | Courtroom Deputy's Minutes as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson : Pretrial Conference (Tape #5012W) (jct) (Entered: 03/07/2002) |
| 03/13/2002 | 139 | PRETRIAL CONFERENCE ORDER as to Joseph Kennedy Setting Jury Selection for 10:00 a.m. on 4/15/02 for Joseph Kennedy in First Floor Courtroom before Judge Ira De Ment at U.S. Courthouse ; Setting Jury |

| | | |
|---|---|---|
| | | Trial for 10:00 a.m. on 4/15/02 for Joseph Kennedy before Ira De Ment at U.S. Courthouse and is expected to last six days ;there are no motions currently pending and the time for filing motions has passed; Setting voir dire questions due on 4/8/02 for Joseph Kennedy ; Setting proposed jury instructions due on 4/8/02 for Joseph Kennedy; All motions in limine shall be filed on or before 4/8/02; the last day on which the court will entertain a plea is 4/10/02( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel & Defendant, Copies furnished to: USA, USM, USPO, USPTS, RL, WR, JT, YG, MD (ws) (Entered: 03/13/2002) |
| 03/22/2002 | 150 | TRIAL NOTICE as to Joseph Kennedy ; Trial set for 10:00 4/15/02 for Joseph Kennedy at First Floor Courtroom ; TRIAL Notice to ATTORNEYS James W. Parkman III for defendant Joseph Kennedy, Terry F. Moorer for plaintiff USA ; Clothing Notice mailed. (dkt clerk) (Entered: 03/22/2002) |
| 04/01/2002 | 157 | Amended Bill of Particulars for Forfeiture of Property by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (ws) (Entered: 04/04/2002) |
| 04/02/2002 | 158 | Requested Voir Dire Questions by Joseph Kennedy (ws) (Entered: 04/02/2002) |
| 04/02/2002 | 159 | Proposed Jury Instructions by Joseph Kennedy (ws) (Entered: 04/02/2002) |
| 04/04/2002 | 161 | Proposed Jury Instructions by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson (dkt clerk) (Entered: 04/05/2002) |
| 04/05/2002 | 162 | Proposed Verdict Form on forfeiture by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (dkt clerk) (Entered: 04/05/2002) |
| 04/05/2002 | 163 | Requested Voir Dire Questions by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (dkt clerk) (Entered: 04/05/2002) |
| 04/05/2002 | 167 | Proposed Jury Instructions by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (dkt clerk) (Entered: 04/08/2002) |
| 04/15/2002 | 188 | INFORMATION to Establish Prior Conviction(s) as to Joseph Kennedy (dkt clerk) (Entered: 04/15/2002) |
| 04/15/2002 | | Voir dire begun as to Joseph Kennedy (1) count(s) 1, 2, Leon Kennedy (2) count(s) 1, 2, Ricky W. Harrington (3) count(s) 1, 2, Sharmane J. Robinson (4) count(s) 1, 2. RISA ENTREKIN, COURT REPORTER (ekl) (Entered: 04/15/2002) |
| 04/15/2002 | | Jury selection as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Judge W. H. Albritton III on 4-15-02. RISA ENTREKIN, COURT REPORTER. (ekl) (Entered: |

| | | |
|---|---|---|
| | | 04/15/2002) |
| 04/15/2002 | | Defendant Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson reassigned to Judge W. H. Albritton III (ekl) (Entered: 04/15/2002) |
| 04/15/2002 | | Jury trial as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Judge W. H. Albritton III on April 15-18, 2002 . RISA ENTREKIN, COURT REPORTER. (ekl) (Entered: 04/22/2002) |
| 04/16/2002 | 193 | Jury notes filed as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson (ekl) (Entered: 04/18/2002) |
| 04/17/2002 | 194 | PETITION by USA for Writ of Habeas Corpus ad testificandum as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson for Marilyn Golden ( referred to Judge W. H. Albritton III ) (ekl) (Entered: 04/19/2002) |
| 04/17/2002 | 195 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [194-1] petition as to Joseph Kennedy (1), Leon Kennedy (2), Ricky W. Harrington (3), Sharmane J. Robinson (4) for Writ of Habeas Corpus for Marilyn Golden ( Signed by Judge W. H. Albritton III ) , Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 04/19/2002) |
| 04/17/2002 | 196 | WRIT of Habeas Corpus ad Testificandum issued for Marilyn Golden for 4-17-02 in case as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson (ekl) (Entered: 04/19/2002) |
| 04/18/2002 | | ORAL ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting in part, denying in part [192-1] motion for Declaration of Mistrial as to Ricky W. Harrington (3), granting in part, denying in part [192-2] motion to Dismiss as to Ricky W. Harrington (3), granting in part, denying in part [192-3] motion as to Ricky W. Harrington (3) ( Entered by Judge W. H. Albritton III ) (ekl) (Entered: 04/22/2002) |
| 04/19/2002 | 200 | ORDER of Temporary Detention as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson Detention Hearing set for 10:00 4/23/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson at Third Floor Courtroom. ( Signed by Mag. Judge Delores R. Boyd ) , Copies furnished to: USA,USM,USPTS,USPO,COUNSEL,YG,MD,SL (ekl) (Entered: 04/19/2002) |
| 04/19/2002 | 201 | Courtroom Deputy's Minutes of trial proceedings April 15-18, 2002; witness list; exhibit lists as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson . EXHIBITS IN SEPARATE BINDER WITH COURT FILE.: (ekl) (Entered: 04/22/2002) |

| | | |
|---|---|---|
| 04/19/2002 | | EXCERPT TRANSCRIPT of jury trial proceedings filed in case by Risa Entrekin as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson for dates of 4/18/02 at 2:00 pm (outside the presence of the jury) (ekl) (Entered: 04/23/2002) |
| 04/22/2002 | 202 | MOTION by Joseph Kennedy for Detention Hearing , and for Release from Custody [202-1] referred to Mag. Judge Delores R. Boyd, [202-2] referred to Mag. Judge Delores R. Boyd (ekl) (Entered: 04/22/2002) |
| 04/22/2002 | | EXCERPT TRANSCRIPT filed in case by Risa Entrekin as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson for dates of 4/18/02 trial testimony of David DeJohn. (Copy provided USA and Russell Duraski by court reporter) (ekl) (Entered: 04/22/2002) |
| 04/23/2002 | | **Added Government Attorney Leura Garrett Canary as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (ekl) (Entered: 04/23/2002) |
| 04/23/2002 | | **Added party USA Financial Unit (ekl) (Entered: 04/23/2002) |
| 04/23/2002 | 205 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson Declaring Mistrial Joseph Kennedy (1) count(s) 1, 2, Leon Kennedy (2) count(s) 1, 2, Ricky W. Harrington (3) count(s) 1, 2, Sharmane J. Robinson (4) count(s) 1, 2 (follows oral order granting in part, denying in part [192-1] motion for Declaration of Mistrial as to Ricky W. Harrington (3), granting in part, denying in part [192-2] motion to Dismiss as to Ricky W. Harrington (3), granting in part, denying in part [192-3] motion as to Ricky W. Harrington (3) entered 4/18/02 ) ( Signed by Judge W. H. Albritton III ) Copies mailed to: defendants and Special Agent John W. Wall, Group Supervisor, Drug Enforcement Administration, Copies furnished to: USA (Leura Canary), AUSA (Terry Moorer) ,USM,USPTS,USPO,YG,MD,COUNSEL (ekl) (Entered: 04/23/2002) |
| 04/23/2002 | | ** Renoticed document [205-2] order (parties not accepted) (ekl) (Entered: 04/23/2002) |
| 04/23/2002 | | Detention hearing as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Mag. Judge Delores R. Boyd on 4/23/02 (sql) (Entered: 04/23/2002) |
| 04/23/2002 | 206 | Courtroom Deputy's Minutes as to Joseph Kennedy of detention hearing.: (sql) (Entered: 04/23/2002) |
| 04/23/2002 | 207 | ORDER Setting Conditions of Release as to Joseph Kennedy denying [202-1] motion for Detention Hearing as to Joseph Kennedy (1) Bond set to $25,000 non-surety for Joseph Kennedy. ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: deft, Copies furnished to: counsel, usa, uspo, ptso (sql) (Entered: 04/23/2002) |
| 04/23/2002 | 209 | BOND entered by Joseph Kennedy Bond set to $25,000 non-surety for Joseph Kennedy. (sql) (Entered: 04/23/2002) |

| | | |
|---|---|---|
| 04/23/2002 | <u>217</u> | ORDER denying as moot defendant's motion for detention hearing and motion to release from custody, doc. 202, for the reasons set out in order as to Joseph Kennedy, ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: defendant, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 04/24/2002) |
| 04/25/2002 | <u>221</u> | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi Setting Scheduling Conference for on 2:00 5/6/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson, for Christopher L. Arrighi before Mag. Judge Susan R. Walker in Third Floor Courtroom ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, RL, JT, MD, YG (ws) (Entered: 04/25/2002) |
| 04/25/2002 | | TRANSCRIPT (Vol IV) of jury trial proceedings filed in case as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson for dates of 4/18/02. Risa L. Entrekin - Court Reporter. (dkt clerk) (Entered: 04/25/2002) |
| 04/25/2002 | 228 | WRIT of Habeas Corpus ad Testificandum executed for Marilyn Golden on 4/23/02 (returned to Muscogee Co Jail, Columbus, GA in case as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson (ekl) (Entered: 04/30/2002) |
| 04/29/2002 | | CJA 24 issued for transcripts of testimony of David DeJohn 4/18/02 at trial and of 11/27/01 detention hearing before Mag.Judge Boyd. (ekl) (Entered: 04/29/2002) |
| 04/29/2002 | <u>225</u> | NOTICE OF APPEAL by Joseph Kennedy (1) count(s) 1, 2, from the Order of the District Court for the Middle District of Alabama entered in this case on April 18, 2002, declaring a mistrial. The trial court declared a mistrial without making a find of bad faith or prosecutorial misconduct on the government's part. The trial court denied the dfts Motion to Dismiss or in the alternative, Motion for Mistrial with Prejudice to U.S. Circuit Court of Appeals, 11th Circuit, Copies mailed to: Counsel, USCA, Copies furnished to: USA (kcg) (Entered: 04/30/2002) |
| 04/29/2002 | 226 | CJA 20 : Appointment of Attorney Daniel G. Hamm to represent Marilyn Golden, a witness ( Signed by Judge W. H. Albritton III ) Copies mailed to: Daniel Hamm, Copies furnished to: USA,FD (ekl) (Entered: 04/30/2002) |
| 04/30/2002 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to Joseph Kennedy sent to USCA (11th Circuit): [225-1] appeal (kcg) (Entered: 04/30/2002) |
| 04/30/2002 | | **Added ip party Atty. Daniel G. Hamm as counsel for witness (ekl) (Entered: 04/30/2002) |

| | | |
|---|---|---|
| 05/03/2002 | | Received transcript order information sheet from Atty James Parkman for Joseph Kennedy with the following notation "All necessary transcripts on file". (kcg) (Entered: 05/06/2002) |
| 05/06/2002 | | Scheduling conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Mag. Judge Susan R. Walker on 5/6/02 (jct) (Entered: 05/06/2002) |
| 05/06/2002 | 234 | Courtroom Deputy's Minutes as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson : Scheduling Conference (Tape #5021W) (jct) (Entered: 05/06/2002) |
| 05/06/2002 | | **Terminated deadlines as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi (jct) (Entered: 05/06/2002) |
| 05/06/2002 | 237 | WAIVER of Speedy Trial by Joseph Kennedy (ekl) (Entered: 05/13/2002) |
| 05/09/2002 | | USCA Case Number as to Joseph Kennedy Re: [225-1] appeal USCA Number: 02-12368-G (kcg) (Entered: 05/10/2002) |
| 05/16/2002 | 240 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [239-1] motion to Stay further proceedings in USDC pending interlocutory appeal as to Ricky W. Harrington (3) ( Signed by Judge W. H. Albritton III ) Copies mailed to: defendants, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL,KELLI (ekl) (Entered: 05/16/2002) |
| 05/16/2002 | | TRANSCRIPT filed as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson for dates of 3/7/02 Pretrial Conference before Judge Walker [225-1] appeal, [224-1] appeal, [223-1] appeal, [220-1] appeal (kcg) (Entered: 05/24/2002) |
| 05/16/2002 | | TRANSCRIPT filed as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Christopher L. Arrighi for dates of 11/20/01 Arraignment before Judge Walker [225-1] appeal, [224-1] appeal, [223-1] appeal (kcg) (Entered: 05/24/2002) |
| 06/03/2002 | | TRANSCRIPT filed in case as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson for dates of April 15 thru 17, 2002 trial before Judge Albritton. (Volumes I, II, III). Risa Entrekin, Court Reporter (ekl) (Entered: 06/03/2002) |
| 06/04/2002 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [225-1] appeal by Joseph Kennedy, [224-1] appeal by Leon Kennedy, [223-1] appeal by Ricky W. Harrington, [220-1] appeal by Sharmane J. Robinson (kcg) (Entered: 06/04/2002) |
| 06/06/2002 | | USCA appeal fees received FILING FEE $ 105.00 RECEIPT # 92537 as to Joseph Kennedy Re: [225-1] appeal (kcg) (Entered: 06/19/2002) |
| 06/11/2002 | 243 | Entry of Dismissal of Appeal Re: pursuant to dismissing [225-1] appeal, dismissing [224-1] appeal, dismissing [223-1] appeal, dismissing [220-1] |

| | | |
|---|---|---|
| | | appeal , terminated, that pursuant to the appellants' motion for voluntary dismissal, the above referenced appeal was duly entered dismissed this 6th day of June, 2002. FOR THE COURT - BY DIRECTION (kcg) (Entered: 06/20/2002) |
| 06/20/2002 | | **Remove appeal flag - no further appeals pending (kcg) (Entered: 06/20/2002) |
| 06/27/2002 | 244 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson set Status Conference for 3:00 7/1/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson before Mag. Judge Susan R. Walker in U.S. Courthouse ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: counsel, Copies furnished to: USA, USM, USPO, USPTS, FD, MD, YG (jct) (Entered: 06/27/2002) |
| 06/27/2002 | | ** Renoticed document [244-2] order (Problem w/attorneys - had to check them) (jct) (Entered: 06/27/2002) |
| 07/01/2002 | | Status conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Mag. Judge Susan R. Walker on 7/1/02 (jct) (Entered: 07/01/2002) |
| 07/01/2002 | 245 | Courtroom Deputy's Minutes as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson : Status Conference (Tape #5028W) (jct) (Entered: 07/01/2002) |
| 07/03/2002 | 246 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson setting Pretrial Conference for 10:00 9/6/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson at Courtroom 5-B, U.S. Courthouse before Mag. Judge Susan R. Walker in U.S. Courthouse , setting Jury Trial on 10:00 10/21/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson before Unassigned Judge in U.S. Courthouse , setting voir dire questions due on 10/11/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson , setting proposed jury instructions due on 10/11/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson , setting Motion Filing deadline set for 9/3/02 as set out in order for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson , Response to Motions from the government are due 9/5/02 , setting Discovery deadline for 7/19/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson , setting Motion Filing deadline regarding defendants' motion on the double jeopardy issue shall be filed on or before 7/22/02 ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: defendants, Copies furnished to: USA, COUNSEL, USM, USPTS, USPO, YG, MD, SC (ekl) (Entered: 07/15/2002) |
| 07/19/2002 | 250 | MOTION by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi to Extend Time |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | to Provide Discovery [250-1] referred to Mag. Judge Susan R. Walker (ws) (Entered: 07/23/2002)                                                                                                                                                                                                                                                                                                                                                                                                                   |
| 07/22/2002 | 248  | MOTION by Joseph Kennedy for Joinder in Defendant Harrington's Motion to Preclude Retrial Based upon the Violation of Double Jeopardy Clause and in Alternative Renew Motion to Dismiss for Violation of COurt's Discovery Order [248-1] referred to Judge W. H. Albritton III (ws) (Entered: 07/23/2002)                                                                                                                                                                                                          |
| 07/25/2002 | 254  | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi Response to Motion by the government is set for 8/9/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson, for Christopher L. Arrighi re: [247-2] motion Motion to Preclude Retrial Based Upon Violation of the Double Jeopardy Clause, Speedy Trial Clause and Speedy Trial Act; the defendants are given until 8/16/02 to reply, at which time the motion will be taken under submission for deterimination without oral argument ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, EL (ws) (Entered: 07/25/2002) |
| 07/25/2002 | 255  | STAMPED ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Christopher L. Arrighi granting [250-1] motion to Extend Time to Provide Discovery as to Joseph Kennedy (1), Leon Kennedy (2), Ricky W. Harrington (3), Sharmane J. Robinson (4), Christopher L. Arrighi (5) ( Entered by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, EL (ws) (Entered: 07/25/2002) |
| 07/26/2002 | 256  | SECOND MOTION by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson to Extend Time to Provide Discovery [256-1] referred to Mag. Judge Susan R. Walker (ws) (Entered: 07/29/2002) |
| 07/30/2002 | 258  | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [256-1] motion to Extend Time to Provide Discovery as to Joseph Kennedy (1), Leon Kennedy (2), Ricky W. Harrington (3), Sharmane J. Robinson (4) ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, RL, EL (ws) (Entered: 07/30/2002) |
| 08/08/2002 | 261  | MOTION by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson to Extend Time to Respond to Defendant's Renewed Motion to Dismiss with Prejudice and Motion to Preclude Retrial Based upon Violation of the Double Jeopardy Clause, Speedy Trial Clause and Speedy Trial Act [261-1] referred to Judge W. H. Albritton III (ws) (Entered: 08/09/2002) |
| 08/09/2002 | 262  | STAMPED ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [261-1] motion to Extend Time to Respond to Defendant's Renewed Motion to Dismiss with |

| | | |
|---|---|---|
| | | Prejudice and Motion to Preclude Retrial Based upon Violation of the Double Jeopardy Clause, Speedy Trial Clause and Speedy Trial Act as to Joseph Kennedy (1), Leon Kennedy (2), Ricky W. Harrington (3), Sharmane J. Robinson (4) ( Entered by Judge W. H. Albritton III ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, EL (ws) (Entered: 08/09/2002) |
| 08/09/2002 | 263 | MOTION by USA as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson to Extend Time to Provide Discovery [263-1] referred to Judge W. H. Albritton III (ws) (Entered: 08/12/2002) |
| 09/03/2002 | 270 | STAMPED ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [263-1] motion to Extend Time to Provide Discovery as to Joseph Kennedy (1), Leon Kennedy (2), Ricky W. Harrington (3), Sharmane J. Robinson (4) to and including 8/30/02 ( Entered by Judge W. H. Albritton III ) Copies mailed to: Counsel, Copies furnished to: USA, USM, USPO, USPTS, EL, FD (ws) (Entered: 09/04/2002) |
| 09/03/2002 | 272 | MEMORANDUM OPINION as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, EL (ws) (Entered: 09/04/2002) |
| 09/03/2002 | 272 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson denying [247-1] motion to Renew Motion Dismiss with Prejudice [247-1] as to Ricky W. Harrington (3), denying [247-2] motion Motion to Preclude Retrial Based Upon Violation of the Double Jeopardy Clause, Speedy Trial Clause and Speedy Trial Act as to Ricky W. Harrington (3) ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, EL (ws) (Entered: 09/04/2002) |
| 09/06/2002 | | Pre-trial conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Mag. Judge Susan R. Walker on 9/6/02 (jct) (Entered: 09/06/2002) |
| 09/06/2002 | 274 | Courtroom Deputy's Minutes as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson : Pretrial Conference (Tape #5037W) (jct) (Entered: 09/06/2002) |
| 09/09/2002 | 276 | PRETRIAL CONFERENCE ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson Setting Jury Selection for 10:00 a.m. on 10/21/02 for Joseph Kennedy, for Leon for Ricky W. Harrington, for Sharmane J. Robinson in Courtroom 2C before Judge W. H. Albritton III at U.S. Courthouse ; Setting Jury Trial for 10:00 a.m. on 10/21/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson before Judge W. H. Albritton III in Courtroom 2C and is expected to last 13 days ; Setting voir dire questions due on 10/14/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson ; Setting proposed jury instructions |

| | | |
|---|---|---|
| | | due on 10/14/02 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson; all motions in limine shall be filed on or before 10/7/02; the last day on which the court will entertain a plea is 10/16/02 ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, FD, EL,JT, YG, MD, WR (ws) Modified on 09/09/2002 (Entered: 09/09/2002) |
| 09/09/2002 | | ** Renoticed document [276-5] order to pick parties (ws) (Entered: 09/09/2002) |
| 09/09/2002 | | CASE Assigned to Judge W. H. Albritton III (ws) (Entered: 09/10/2002) |
| 09/09/2002 | | (ws) (Entered: 09/10/2002) |
| 09/11/2002 | 282 | MOTION by James Parkman, Attorney for Joseph Kennedy to Notify Parties of Conflict [282-1] referred to Judge W. H. Albritton III (ekl) (Entered: 09/11/2002) |
| 09/11/2002 | 283 | AMENDED NOTICE of Information to Establish Prior Convictions (with attachments) by USA as to Joseph Kennedy (ekl) (Entered: 09/12/2002) |
| 09/18/2002 | 285 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [280-1] motion of Continuance in Interests of Justice Time Excluded from 9/18/02 to as to Ricky W. Harrington (3) to be reset following final determination of the interlocutory appeal to the Eleventh Circuit ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO, USPTS, EL, YG,MD, WR (ws) (Entered: 09/18/2002) |
| 09/19/2002 | | **Terminated deadlines as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson (jury trial, jury selection; voir dire & requested jury chrges - case has been continued pending interlocutory appeal.) (dkt clerk) (Entered: 09/19/2002) |
| 10/01/2002 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [277-1] appeal by Ricky W. Harrington (kcg) (Entered: 10/01/2002) |
| 11/05/2002 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [278-1] appeal by Sharmane J. Robinson (kcg) (Entered: 11/05/2002) |
| 12/03/2002 | 288 | MOTION by Joseph Kennedy to File Appeal Out of Time [288-1] referred to Judge W. H. Albritton III (kcg) (Entered: 12/04/2002) |
| 12/11/2002 | 289 | ORDER (rendered 12/10/02) as to Joseph Kennedy granting [288-1] motion to File Appeal Out of Time as to Joseph Kennedy (1) ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, Copies furnished to: USA (kcg) (Entered: 12/11/2002) |

| 12/13/2002 | 290 | NOTICE OF APPEAL by Joe Kennedy to U.S. Circuit Court of Appeals, 11th Circuit from the Court's September 3, 2002, Order denying Ricky Harrington's Renewed Motion to Dismiss with Prejudice and Motion to Preclude Retrial based upon the Violation of the Double Jeopardy Clause, Speedy Trial Clause and Speedy Trial Act., Copies mailed to: USCA, Counsel and Furnished to: USA (kcg) (Entered: 12/16/2002) |
| --- | --- | --- |
| 12/16/2002 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to Joseph Kennedy sent to USCA (11th Circuit): [290-1] appeal (kcg) (Entered: 12/16/2002) |
| 12/20/2002 | | USCA Case Number as to Joseph Kennedy Re: [290-1] appeal USCA Number: 02-16830-I (kcg) (Entered: 12/23/2002) |
| 01/07/2003 | | Received transcript order information sheet for Joseph Kennedy with the following notation "No transcript is required for appeal purposes". (kcg) (Entered: 01/08/2003) |
| 01/09/2003 | | USCA appeal fees received FILING FEE $ 105.00 RECEIPT # 95581 as to Joseph Kennedy Re: [290-1] appeal (kcg) (Entered: 01/09/2003) |
| 01/13/2003 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [290-1] appeal by Joseph Kennedy (kcg) (Entered: 01/13/2003) |
| 01/30/2003 | | REQUEST for Record on Appeal from USCA re: [277-1] appeal by Ricky W. Harrington (kcg) (Entered: 02/07/2003) |
| 02/18/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [277-1] appeal by Ricky W. Harrington USCA Number: 02-15005-I (kcg) (Entered: 02/19/2003) |
| 02/18/2003 | 291 | ORDER issued in lieu of the mandate of the United States Court of Appeal, Eleventh Circuit as to Joseph Kennedy; This appeal is DISMISSED, for lack of jurisdiction. To the extent the district court's order of September 4, 2002, is immediately appealable, Joseph Kennedy's notice of appeal, filed December 13, 2002, is not timely therefrom. Moreover, the district court's order granting Kennedy's motion to extend the time to appeal is void. Finally, Kennedy's motion to adopt the brief and record excerpts of his co-defendant is DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of Eleventh Circuit Rule 40-4 and all other applicable rules. (Before TJOFLAT, BIRCH, and MARCUS, Circuit Judges) (kcg) (Entered: 02/19/2003) |
| 02/18/2003 | | **Terminated pending appeal as to Joseph Kennedy [290-1] appeal (kcg) (Entered: 02/19/2003) |
| 03/10/2003 | 292 | MOTION by Joseph Kennedy for Removal of Ankle Monitoring [292-1] referred to Mag. Judge Delores R. Boyd (ekl) (Entered: 03/11/2003) |

| | | |
|---|---|---|
| 03/13/2003 | 293 | RESPONSE by USA as to Joseph Kennedy in opposition to [292-1] motion for Removal of Ankle Monitoring referred to Mag. Judge Delores R. Boyd (ekl) (Entered: 03/14/2003) |
| 03/21/2003 | 294 | ORDER as to Joseph Kennedy granting [292-1] motion for Removal of Ankle Monitoring as to Joseph Kennedy (1), construed by the court as a Motion for Modification of the Conditions of Pretrial Release entered on 4/23/02 ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: defendant, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 03/21/2003) |
| 05/08/2003 | | Received copy of CORRECTED PER CURIAM OPINION entered 4/3/03 of the USCA, 11th Circuit. (ydw) Modified on 05/09/2003 (Entered: 05/09/2003) |
| 05/08/2003 | | **Remove appeal flag - no further appeals pending (ydw) (Entered: 06/03/2003) |
| 05/09/2003 | | Record on Appeal returned from U.S. Court of Appeals: [277-1] appeal (ydw) (Entered: 05/09/2003) |
| 05/21/2003 | 296 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson Setting Status/Scheduling Conference for 3:00 p.m. on 5/28/03 for Joseph Kennedy, for Leon Kennedy, for Ricky W. Harrington, for Sharmane J. Robinson at U.S. Courthouse before Mag. Judge Susan R. Walker in Courtroom 5B ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, FD, EL, YG, HC (ws) (Entered: 05/21/2003) |
| 05/28/2003 | | Status conference as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson held before Mag. Judge Susan R. Walker on 5/28/03 (jct) (Entered: 05/28/2003) |
| 05/28/2003 | 297 | Courtroom Deputy's Minutes as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson : Status Conference (3:03 - 3:20 Walker) (jct) (Entered: 05/28/2003) |
| 05/30/2003 | 298 | MOTION by Joseph Kennedy to Stay Proceedings pending completion of appeal of co-defendants [298-1] referred to Judge W. H. Albritton III (ekl) (Entered: 05/30/2003) |
| 06/17/2003 | 304 | WAIVER of Speedy Trial by Joseph Kennedy (ekl) (Entered: 06/19/2003) |
| 07/29/2003 | 306 | ORDER as to Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson granting [302-1] motion to Stay trial proceedings until disposition by U.S. Supreme COurt as to Leon Kennedy (2), granting [300-1] motion to Stay further proceedings in the USDC pending ruling from the U.S.Supreme Court regarding defendant's petition for writ of certiorari as to Ricky W. Harrington (3), granting [299-1] motion to Stay All Proceedings pending the decision of the U.S. Supreme Court as to Sharmane J. Robinson (4), granting [298-1] motion to Stay Proceedings pending completion of appeal of co-defendants as to Joseph Kennedy (1) |

| | | |
|---|---|---|
| | | Staying this case pending review by the Supreme Court of the United States. Signed by Judge W. H. Albritton III ) Copies mailed to: defendants, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 07/29/2003) |
| 06/02/2004 | 309 | MOTION To Set Trial Date by United States of America as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy. (Moorer, Terry) (Entered: 06/02/2004) |
| 06/03/2004 | 310 | ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy re 309 MOTION filed by United States of America, Motion granted in part and terminated as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy : 309 MOTION filed by United States of America. Jury Trial set for 7/7/2004 10:00 AM in Courtroom 2C before Honorable Judge W. Harold Albritton III.. Signed by Judge W. Harold Albritton III on 6/3/04. (ekl, ) (Entered: 06/03/2004) |
| 06/10/2004 | 311 | ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Pretrial Conference set for 6/14/2004 02:00 PM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 6/10/04. (ekl, ) (Entered: 06/10/2004) |
| 06/14/2004 | 312 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy held on 6/14/2004 (Tape #2:33 - 2:39.) (jct, ) (Entered: 06/14/2004) |
| 06/15/2004 | 313 | PRETRIAL CONFERENCE ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Jury Trial (2-3 WEEKS) set for 7/7/2004 10:00 AM in Courtroom 2C before Honorable Judge W. Harold Albritton III. Voir Dire due by 6/30/2004 Proposed Jury Instructions due by 6/30/2004 Motions in Limine due by 6/23/2004 Plea Agreement due by 6/28/2004.. Signed by Judge Susan Russ Walker on 6/15/04. (ekl, ) (Entered: 06/15/2004) |
| 06/16/2004 | 314 | JOINT AND UNOPPOSED MOTION to Continue trial by United States of America, Joseph Kennedy, Leon Kennedy, Ricky W. Harrington, Sharmane J. Robinson as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy. (ekl, ) (Entered: 06/17/2004) |
| 06/25/2004 | 316 | WAIVER of Speedy Trial by Joseph Kennedy (Parkman, James) (Entered: 06/25/2004) |
| 07/06/2004 | 319 | ORDER TO CONTINUE - Ends of Justice as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Time excluded from 7/6/04 until 9/13/04. Jury Trial set for 9/13/2004 10:00 AM in Courtroom 2C before Honorable Judge W. Harold Albritton III.. Signed by Judge W. Harold Albritton III on 7/6/04. (ekl, ) (Entered: 07/06/2004) |

| | | |
|---|---|---|
| 07/06/2004 | | ***Motions terminated as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy : 314 MOTION to Continue trial filed by United States of America, Joseph Kennedy, Ricky W. Harrington, Sharmane J. Robinson, Leon Kennedy. (ekl, ) (Entered: 07/06/2004) |
| 07/13/2004 | ○321 | ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Pretrial Conference set for 8/23/2004 02:00 PM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 7/13/04. (ekl, ) (Entered: 07/13/2004) |
| 07/30/2004 | ○326 | MOTION to Continue trial by United States of America as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy. (Moorer, Terry) (Entered: 07/30/2004) |
| 08/04/2004 | ○327 | ORDER TO CONTINUE - Ends of Justice as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Time excluded from 8/4/04 until 10/25/04., Motion granted and terminated as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy : 326 MOTION to Continue trial filed by United States of America. Jury Selection continued from 9/13/04 and RESET for 10/25/2004 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Jury Trial (TWO WEEKS) RESET for 11/1/2004 before Honorable W. Harold Albritton III. . Signed by Judge W. Harold Albritton III on 8/4/04. (ekl, ) (Entered: 08/04/2004) |
| 08/05/2004 | ○328 | ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Pretrial Conferences previously set for 8/23/04 and 8/26/04 are rescheduled for 10/1/2004 02:00 PM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 8/5/04. (ekl, ) (Entered: 08/05/2004) |
| 09/01/2004 | ○341 | NOTICE OF ATTORNEY APPEARANCE Tommie Brown Hardwick appearing for USA. *as co-counsel* (Hardwick, Tommie) (Entered: 09/01/2004) |
| 09/29/2004 | ○ | Case as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy Reassigned to Judge Lyle E. Strom. Judge W. Harold Albritton no longer assigned to the case. (ekl, ) (Entered: 09/29/2004) |
| 09/29/2004 | ○ | Set/Reset Deadlines/Hearings as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy : Jury Selection set for 10/25/2004 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Jury Trial set for 11/1/2004 09:00 AM before Honorable Lyle E. Strom. (ekl, ) (Entered: 09/29/2004) |
| 10/01/2004 | ○347 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington held on 10/1/2004 (Tape #2:06 - 2:22.) (jct, ) (Entered: 10/01/2004) |

| | | |
|---|---|---|
| 10/07/2004 | 354 | ORDER denying as moot [248] Motion for Joinder as to Joseph Kennedy (1); denying as moot [282] Motion as to Joseph Kennedy (1); denying as moot[249] Motion for Joinder as to Sharmane J. Robinson (4); denying without prejudice[191] Motion as to Ricky W. Harrington (3); denying as moot [266] Motion as to Ricky W. Harrington (3); denying as moot [251] Motion for Joinder as to Leon Kennedy (2). Signed by Judge Susan Russ Walker on 10/7/04. (ekl, ) (Entered: 10/07/2004) |
| 10/08/2004 | 357 | PRETRIAL CONFERENCE ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington Jury Trial (3 weeks) set for 11/1/2004 10:00 AM in Courtroom 2C before Honorable Lyle E. Strom. Jury Selection set for 10/25/2004 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Voir Dire due by 10/18/2004 Proposed Jury Instructions due by 10/18/2004 Motions in Limine due by 10/12/2004 Plea Agreement due by 10/18/2004.. Signed by Judge Susan Russ Walker on 10/8/04. (ekl, ) (Entered: 10/08/2004) |
| 10/18/2004 | 369 | NOTICE OF INTENT TO CHANGE PLEA by Joseph Kennedy (Parkman, James) (Entered: 10/18/2004) |
| 10/18/2004 | 370 | ORDER as to Joseph Kennedy setting Change of Plea Hearing for 10/18/2004 02:00 PM in Courtroom 5B before Honorable Susan Russ Walker, directing the Clerk to provide a court reporter, and directing the USM to produce the defendant, if in custody. Signed by Judge Susan Russ Walker on 10/18/2004. (snc) (Entered: 10/18/2004) |
| 10/18/2004 | 371 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Joseph Kennedy (jct, ) (Entered: 10/18/2004) |
| 10/18/2004 | 372 | PLEA AGREEMENT as to Joseph Kennedy (jct, ) (Entered: 10/18/2004) |
| 10/18/2004 | 373 | Minute Entry for proceedings held before Judge Susan Russ Walker :Change of Plea Hearing as to Joseph Kennedy held on 10/18/2004, Plea entered by Joseph Kennedy (1) Guilty Count 1; Count 2 to be dismissed at sentencing (Court Reporter Risa Entrekin.) (jct, ) (Entered: 10/18/2004) |
| 10/18/2004 | 374 | ORDER that defendant be released and continued under the same conditions imposed by U. S. Magistrate Judge on 4/23/02 as to Joseph Kennedy . Signed by Judge Susan Russ Walker on 10/18/04. (jct, ) (Entered: 10/18/2004) |
| 10/20/2004 | 378 | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY to Count 1 of the Indictment as to Joseph Kennedy Objections to R&R due by 10/29/2004. Signed by Judge Susan Russ Walker on 10/20/04. (ekl, ) (Entered: 10/20/2004) |
| 11/08/2004 | 392 | ORDER Accepting Guilty Plea as to Joseph Kennedy, Motions terminated as to Joseph Kennedy : 378 REPORT AND RECOMMENDATION as to Joseph Kennedy. . Signed by Judge Lyle E. Strom on 11/8/04. (ekl, ) (Entered: 11/10/2004) |

| | | |
|---|---|---|
| 11/08/2004 | 396 | ORDER as to Joseph Kennedy Sentencing set for 3/14/2005 09:00 AM in Courtroom 2C before Honorable Lyle E. Strom. Any objections to the PSR are due in writing to the PO 2/28/05. Unless excused in writing, parties shall be available for a conference with the PO 3/2/05 at 9:00 am. Signed by Judge Lyle E. Strom on 11/8/04. (ekl, ) (Entered: 11/10/2004) |
| 03/02/2005 | 407 | MOTION to Continue *Sentencing* by United States of America as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy. (Moorer, Terry) (Entered: 03/02/2005) |
| 03/02/2005 | 408 | ORDER as to Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy GRANTING 407 MOTION to Continue *Sentencing* filed by United States of America. Sentencing is re-set from 3/14/2005 to 7/11/2005 09:00 AM before Honorable Lyle E. Strom. Signed by Judge Lyle E. Strom on 3/2/05. (kcg, ) (Entered: 03/02/2005) |
| 03/03/2005 | 410 | ORDER GRANTING [409] MOTION to Continue *Forfeiture Hearing* filed by United States of America as to defendant Sharmane J. Robinson. Forfeiture Hearing is re-set from 3/14/2005 to 7/11/2005 09:30 AM before Honorable Lyle E. Strom. Signed by Judge Lyle E. Strom on 3/3/05. (kcg, ) (Entered: 03/03/2005) |
| 06/28/2005 | 415 | MOTION for Downward Departure by United States of America as to Joseph Kennedy. (Moorer, Terry) (Entered: 06/28/2005) |
| 07/06/2005 | 420 | PRELIMINARY ORDER OF FORFEITURE OF PROPERTY as to Sharmane J. Robinson, as further set out. . Signed by Judge Lyle E. Strom on 7/6/05. (kcg, ) (Entered: 07/06/2005) |
| 07/13/2005 | 421 | DETENTION/RELEASE ORDER PENDING SENTENCING as to Joseph Kennedy . Signed by Judge Lyle E. Strom on 7/13/05. (kcg, ) (Entered: 07/22/2005) |
| 07/13/2005 | 424 | Minute Entry for proceedings held before Judge Lyle E. Strom :Sentencing held on 7/13/2005 as to Joseph Kennedy (1), Count(s) 1, 240 Mos Imp; 5 Yrs Sup Rel; $100 SA; Count(s) 2, Dismissed by Motion of the Government. (Court Reporter Risa L. Entrekin.) (Attachments: # 1 Witness List) (kcg, ) (Entered: 07/27/2005) |
| 07/13/2005 | | ORAL ORDER as to Joseph Kennedy GRANTING 415 MOTION for Downward Departure filed by United States of America . Signed by Judge Lyle E. Strom on 7/13/05. (kcg, ) (Entered: 07/27/2005) |
| 07/13/2005 | | ORAL MOTION to Dismiss Count 2 of the Indictment by United States of America as to Joseph Kennedy. (kcg, ) (Entered: 07/27/2005) |
| 07/13/2005 | | ORAL ORDER as to Joseph Kennedy GRANTING ORAL MOTION to Dismiss Count 2 filed by United States of America . Signed by Judge Lyle E. Strom on 7/13/05. (kcg, ) (Entered: 07/27/2005) |
| 07/13/2005 | | ORAL ORDER as to Joseph Kennedy that the defendant shall self-surrender to the Institution designated by the Bureau of Prisons on |

| | | October 13, 2005, at or before 2:00 p.m. Defendant is released on terms of release previously imposed. Signed by Judge Lyle E. Strom on 7/13/05. (kcg, ) (Entered: 07/27/2005) |
|---|---|---|
| 07/26/2005 | ⬤423 | Process Receipt and Return as to Christopher L. Arrighi, Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy on 7/20/05. (ws, ) (Entered: 07/27/2005) |
| 07/26/2005 | ⬤425 | JUDGMENT as to Joseph Kennedy (1), Count(s) 1, 240 Mos Imp; 5 Yrs Sup Rel; $100 SA; Count(s) 2, Dismissed by Motion of the Government . Signed by Judge Lyle E. Strom on 7/26/05. (kcg, ) (Entered: 07/27/2005) |
| 08/03/2005 | ⬤431 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Joseph Kennedy (ws, ) (Entered: 08/03/2005) |
| 09/09/2005 | ⬤435 | Process Receipt and Return as to Christopher L. Arrighi, Joseph Kennedy, Sharmane J. Robinson, Ricky W. Harrington, Leon Kennedy on 9/8/05. (ws, ) (Entered: 09/14/2005) |
| 05/22/2006 | | Payment Received: as to Joseph Kennedy $ 100.00 assessment, receipt number 144186901 (ws, ) (Entered: 05/22/2006) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH KENNEDY,  )
     Petitioner,  )
       )
       )
v.  )    Civil No. 2:06cv1028-LES
       )    (arising out of Cr. No.
       )    2:01-cr-00172-A)
UNITED STATES OF AMERICA,  )
     Respondent,  )    HON. LYLE E. STROM
       )

AFFIDAVIT OF LINDA L. KENNEDY IN SUPPORT OF
JOSEPH KENNEDY'S TITLE 28 U.S.C. § 2255 MOTION

STATE OF ALABAMA

COUNTY OF MONTGOMERY

     I, Linda L. Kennedy, the Affiant herein, after first
being duly sworn and, based upon my personal knowledge, informa-
tion and belief, submit the following Affidavit in support of
Joseph Kennedy's pending Title 28 U.S.C. § 2255 Motion:

     1.  Your Affiant is over eighteen (18) years of age and
is competent to make this Affidavit.

     2.  This Affidavit is set forth to aid the Court in
determining the relevant facts of the above-referenced case.

     3.  Your Affiant initially came to know Ms. Susan James,
"Esquire", as a result of the Affiant retaining Ms. James for
her services to represent Leon Kennedy, the brother of the
above-referenced Petitioner.

     4.  Joseph and Leon Kennedy were both prosecuted in

the United States District Court for the Middle District of
Alabama, Northern Division, in a simultaneous prosecution.

     5.  On July 13, 2005, judgment was entered in regards
to JOSEPH KENNEDY, the above-referenced Petitioner, for a term
of imprisonment of 240 months pursuant to Count One of the
indictment resulting from a violation of Title 21 U.S.C. §§ 841
and 846(b)(1)(A).

     6.  Prior to and well after sentencing, JOSEPH KENNEDY
remained detention-free resulting from a release order granted
by this Court.

     7.  While on release status, JOSEPH KENNEDY violated
terms and conditions of the release order by acquiring a subsequent
charge for distribution of marijuana, at which time he was taken
into custody and detained.

     8.  On March 13, 2006, JOSEPH KENNEDY, the above-referen-
ced Petitioner, was sentenced by this Court to a term of imprison-
ment of 37 months to run consecutive with the previously entered
judgment on July 13, 2005.

     9.  JOSEPH KENNEDY was transported by the United States
Marshals to the Federal Transfer Center in Montgomery, Alabama.

     10.  While housed at the Federal Transfer Center,
JOSEPH KENNEDY contacted the Affiant and conveyed the following:

    I.  that Susan James, "Esquire", arrived at the Transfer
Center and, while visiting other clients, decided to conduct a
legal visit with JOSEPH KENNEDY.

    II.  that Susan James, "Esquire", during said legal visit,
conveyed her observations to JOSEPH KENNEDY regarding her opinion

about the rather obvious legal deficiencies concerning his counsel of record, James W. Parkman, III. She further stated that she was not in a position at the time to say anything because she was representing Mr. Leon Kennedy, the brother of the above-referenced Petitioner, in the before-mentioned simultaneous prosecution.

III. that Susan James, "Esquire", assured JOSEPH KENNEDY that she could help him as she did his brother, however, the recourse would be a § 2255 motion alleging ineffective assistance of counsel on Mr. Parkman, his counsel of record.

11. JOSEPH KENNEDY then contacted the Affiant and conveyed the events stemming from the legal visit with Ms. James.

12. Subsequently, your Affiant contacted Ms. James to negotiate an agreement and retain her services to file a Title 28 U.S.C. § 2255 motion for JOSEPH KENNEDY.

13. Ms. James informed your Affiant that she could and would be glad to help JOSEPH KENNEDY, the above-referenced Petitioner, however, she must review the record, even though she was familiar with the case, to assure that the motion was timely.

14. Your Affiant again contacted Ms. James shortly thereafter, at which time Ms. James informed your Affiant that everything was in order and that she would require $5,000.00 in U.S. currency to provide Mr. Kennedy with a timely §2255 motion.

15. Ms. James further informed your Affiant that she would require at least a $1,000.00 down payment as a retainer fee.

16. On July 14, 2006, your Affiant provided Ms. James with the required retainer fee to begin her services and to submit a §2255 packet now and a supporting memorandum at a later date, due to the upcoming deadline under the amended §2255 and

pursuant to the Anti-Terrorism and Effective Death Penalty Act. See the receipt from the Law Office of Susan James, "Esquire", reflecting the $1,000.00 retainer fee, as annexed hereto.

17.  Your Affiant has recently learned from the Clerk of Court that no filings have been entered in this case, therefore depriving JOSEPH KENNEDY of a timely § 2255 motion.

18. Your Affiant hereby requests that this Honorable Court enter an order to show cause in this matter and further, conduct an evidentiary hearing whereby Ms. Susan James would be summoned to appear before this Court in furtherance of the claim set forth by JOSEPH KENNEDY, the above-mentioned Petitioner.

FURTHER AFFIANT SAYETH NOT.

I, Linda L. Kennedy, the undersigned Affiant, do hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief pursuant to Title 28 U.S.C. § 1746(1).

Dated this _____6th_____ day of _____Nov._____, 2006.

Linda L. Kennedy

Sworn to and subscribed before the Notary Public below, on this _____6th_____ day of _____Nov._____, 2006.

WITNESS MY HAND AND SEAL:

_____
Notary Public

My commission expires _Sept 27, 2008_

