IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KENNEDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv1028-LES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

On November 13, 2006, petitioner Joeseph Kennedy filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in which he challenges his conviction and sentence for conspiracy to possess with intent to distribute marijuana.[1] Upon review of Kennedy's motion, the undersigned concludes that a limited response from the government is necessary to determine whether Kennedy is now time-barred from filing the instant action. Accordingly, the CLERK is hereby DIRECTED to serve a copy of Kennedy's § 2255 motion upon the United States Attorney for the Middle District of Alabama. The United States Attorney is

ORDERED to file a response to Kennedy's motion within thirty (30) days from the date of this order focusing on the applicability of the period of limitation in this case

---

[1] Although Kennedy's motion is date-stamped "received" on November 16, 2006, under the "mailbox rule," the court deems it filed on the date he delivered it to prison authorities for mailing, presumptively, November 13, 2006, the day that he signed it. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).

pursuant to the provisions contained in 28 U.S.C. § 2255. The government's response should also address Kennedy's contention that he is entitled to have the limitation period equitably tolled in his case.

The government is advised that its response should contain a detailed procedural history, all relevant records, and citations to applicable case law from which the court can determine the applicability of the limitation period contained in 28 U.S.C. § 2255. Should the government's response to the instant order indicate that this case must proceed on the merits, the government will be given an adequate opportunity to file a response addressing the claims presented in Kennedy's § 2255 motion.

Done this 17th day of November, 2006.

                       /s/Susan Russ Walker
                       SUSAN RUSS WALKER
                       UNITED STATES MAGISTRATE JUDGE