IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH KENNEDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv1028-LES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon consideration of the pleadings filed in this action, and for good cause, it is

ORDERED that within twenty (20) days from the date of this order, attorney Susan James shall file with this court an affidavit that addresses petitioner Joseph Kennedy's allegations concerning Ms. James representation of him in relation to the preparation and filing of a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Ms. James shall also furnish the United States Attorney and Kennedy with copies of her affidavit.

To aid Ms. James in addressing Kennedy's allegations, the Clerk is DIRECTED to provide Ms. James with copies of the following documents:

1. Kennedy's § 2255 motion and any exhibits attached to that motion (Doc. No. 1);

2. The memorandum in support of Kennedy's § 2255 motion (Doc. No. 2);

3. Kennedy's motion for enlargement of time and request for tolling of the statute of limitations (Doc. No. 3); and

4.	The government's response to Kennedy's § 2255 motion (Doc. No. 5)

DONE, this 19th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE