IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH KENNEDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv1028-LES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

The petitioner, Joseph Kennedy, has filed a motion for appointment of counsel. (Doc. No. 9.) Upon consideration of this motion, and as the appointment of counsel is not warranted at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED at this time.

Done this 24th day of January, 2007.

       /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE