IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOSEPH KENNEDY )
    Petitioner, )
)
VS. ) Civil No. 2:06 CV 1028-LES-SRW
) (arising out of Cr.No.
) 2:01-CR-00172-A)
UNITED STATES OF AMERICA )
    Respondent, )
)

## MOTION TO COMPEL THE PRODUCTION OF MS. SUSAN JAMES GOVERNMENTAL WITNESS'S STATEMENT

COMES NOW, JOSEPH KENNEDY, the Petitioner/Movant herein, by and through pro se, and respectfully moves the Honorable Court to enter an order requiring the Government to produce the Statement of Governmental witness Ms. Susan James esquire, pursuant to rule 26.2 (a) of the Federal Rules of Criminal Procedure, and in accordance with Rule 8 (d) of the Rules of Habeas Corpus. In support thereof, the Petitioner/Movant provides as follows:

1. On November 13, 2006, the Petitioner filed the pending Motion to Vacate, Set aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

2. On November 17, 2006, the Honorable Court entered an order directing the United States to file a response therewith, addressing the applicability of the period of limitations contained in 28 U.S.C. § 2255, as it may be applied to the case at bar.

3. Accordingly, the Government complied with this Court's order, and submitted The United States' response to order RE:§2255 Motion. Government in it's response conveyed to this Court that an evident-

iary hearing would be necessary, and as a result Ms. Susan James esquire should be summoned to provide testimony, or written statements relevant to said proceeding.

4. Subsequently, the Petitioner/Movant, timely submitted Petitioner Kennedy's response in opposition to United States' Response to order RE:§ 2255 Motion.

5. On December 19, 2006, said evidentiary hearing was scheduled to commence whereby, Ms. Susan James, witness on behalf of the Government would be summoned to provide testimony or written statements in conjunction therewith.

Rule 26.2. Producing a Witness's Statement

(a) <u>Motion to Produce</u>. After a witness other than the defendant has testified on direct examination, the Court, on Motion of a party who did not call the witness, must order an attorney for the government or the defendant, and the defendants attorney to produce, for the examination and use of the Moving party, any statement of the witness that is in their possession and that relates to the subject matter of the witness testimony.

6. The Petitioner/Movant respectfully moves this Honorable Court pursuant to Rule 26.2 (a) of the Federal Rules of Criminal Procedure and in accordance with Rule 8 (d) of the Rules governing Habeas Corpus, compelling the production of Ms. Susan James Governmental witness's statement in conjunction therewith, and whereby, this action may so proceed.

Dated this 10th day of July, 2007.

Respectfully submitted,

Joseph Kennedy, Pro Se
Reg.No.10956-002
F.C.C. Yazoo (Medium)
P.O. Box 5888
Yazoo City, MS 39194

JOE KENNEDY #10956002
P.O BOX 5888 (MEDIUM)
YAZOO CITY MS 39194



U.S DISTRICT CLERK
P.O. BOX 711
MONTGOMERY AL 361