IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KENNEDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv1028-LES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On July 18, 2007, the petitioner filed a "*Motion to Compel the Production of Ms. Susan James Governmental Witness's Statement*." (Doc. No. 12.) In this motion, the petitioner maintains that he has not received a copy of attorney Susan James's affidavit (Doc. No. 8) filed with this court on January 1, 2007, and asks the court to enter an order compelling the government to provide him with Ms. James's affidavit. In the interest of judicial economy, the CLERK is **DIRECTED** to provide the petitioner with a copy of Ms. James's affidavit (Doc. No. 8). Because under the directives of this order the CLERK is providing the petitioner with a copy of Ms. James's affidavit, it is

**ORDERED** that the petitioner's "*Motion to Compel...*" (Doc. No. 12) be DENIED as moot.

Done this 19th day of July, 2007.

                                                /s/Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE