IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH KENNEDY,                )
    Petitioner,            ) Civil No. 2:06CV1028-LES-SRW
                           ) (arising out of)
v.                             ) CR No. 2:01-CR-00172-A
                           )
UNITED STATES OF AMERICA,      )
    Respondent.            )
                           )
_____/

## MOTION TO COMPEL THE MAGISTRATE'S REPORT AND RECOMMENDATION

COMES NOW, JOSEPH KENNEDY, the Petitioner, herein, by and through pro se, and respectfully submits the foregoing request to compel the Magistrate Judges Report and Recommendation in the above styled case. In support thereof the Petitioner provides as follows:

1. That, on November 13, 2006, the Petitioner submitted the pending Title 28 U.S.C. § 2255 Motion, memorandum, affidavit in support thereof, Motion for Enlargement of Time, and Request to Tolling of the Statute of Limitations.

2. That on November 17, 2006, this Court entered an order to "show cause" requiring the Government to Respond in accordance therewith.

3. Accordingly, the Government submitted it's Response in Opposition to Order RE: § 2255 Motion.

4. The Government in it's response suggested that an evidentiary hearing would be necessary to aid the Court in determining the facts concerning this action.

-1-

5. Subsequently, thereafter, the Petitioner submitted his Motion to Produce Statement of Ms. Susan James pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, and in accordance with Rule 8(d)(1) of the Rules of Habeas Corpus.

6. The Petitioner now hereby, moves the Honorable Court pursuant to Rule 10, and Rule 8(b)(1) of the Rules of Habeas Corpus and in accordance with 28 U.S.C. § 636(b), in this foregoing Motion to Compel the Magistrate Judge to submit to a Judge of this Court proposed findings and recommendations for disposition in accordance with the before mentioned evidentiary hearing and in conjunction with the facts and subject matter set-forth by the Petitioner.

7. Wherefore, the Petitioner prays that pursuant to the foregoing the Magistrate Judge submit a Report and Recommendation whereby this Court may enter Judgement in favor of the Petitioner, and grant the appropriate relief warranted in the interests of justice.

Dated this 16th day of August 2007.

Respectfully Submitted,

Joseph Kennedy, pro se
Reg.No.10956-002
F.C.C. Yazoo (Medium)
P.O. Box 5888
Yazoo City, MS 39194

Joe
P.O Box 5888
Yazoo City MSA 39194



Office o
U.S Dis
P.O Box
Montgome