IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KENNEDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:06cv1028-LES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On August 22, 2007 (Doc. No. 14), the petitioner filed a pleading styled as a "Motion to Compel the Magistrate's Report and Recommendation." The court construes this pleading to be a *motion to expedite ruling*. Upon consideration of this motion, and for good cause, it is

ORDERED that the *motion to expedite* ruling is DENIED.

The court is mindful that the petitioner filed his 28 U.S.C. § 2255 motion in November 2006. However, the court's caseload of actions pending pursuant to 28 U.S.C. § 2255 makes it extremely difficult to expedite the resolution of the petitioner's motion, particularly since the court has adopted a policy of disposing of cases on the basis of the length of pendency. The court assures the parties that a determination of the issues presented in this case will be undertaken in due course.

Done this 22nd day of August, 2007.

                                                    /s/Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE