JOSEPH KENNEDY )
)
v )
)
UNITED STATES OF AMERICA )
)
Defendant/Movant )
)

RECEIVED
2008 JUL 14 A 11: 30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06cv1028-LES

Case No. ~~2:01-cr-172-001~~

--REQUEST FOR STATUS REPORT--

1. I have filed an action in the above entitled case, such filing was mailed to the Clerk of the Court on the  16 , day of N ovember , 2006 .

2. To date, I have received no answer or other indication that this filing is being acted upon, and I would like some indication that it has been received.

3. I would like to receive any information as to the status of the filing, and whether it is being acted upon, docketed for a hearing, or if any other action is being taken concerning this filing.

4. I would appreciate an early reply to this request in the form of a note or other writing, in view that I am unable to communicate with you other than by correspondence

5. Please respond to me at the Federal Correctional Institute where I am located, my mailing address is:

Thank you for your assistance in this matter.

Sincerely yours,

[signature]

JOE KENNEDY # 10956002
P.O BOX 5000
YAZOO MS 39194

JACKSON MS 392
10 JUL 2008 PM 3 T

"LET US DARE TO
THINK, SPEAK A[ND]
John Adams, 1765
powerofthelett[er]

USA First-Class

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PO BOX 711
MONTGOMERY AL 36101