IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH KENNEDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:06cv1028-LES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Petitioner has filed a motion for status of the proceedings in this case (Doc. No. 16). Upon consideration of this motion, and for good cause, it is

ORDERED that Petitioner's motion for status (Doc. No. 16) be and is hereby GRANTED.

Petitioner is advised that this case is pending before the court on his 28 U.S.C. § 2255 motion, the Government's response and Petitioner's reply to that response, and other submissions filed in this case. Petitioner is further advised that no additional pleadings are necessary at this time and that he will be advised if further pleadings are required and of any action taken by the court in this case.

Done this 15th day of July, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE